# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ADAM HENRY

       Petitioner

   v.

                                                             Civil Action No.  1:24-cv-143
                                                             arising out of 1:19-CR-92

UNITED STATES OF AMERICA

       Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Petitioner Adam Henry's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is GRANTED. The Judgment of conviction and Order adopting the Magistrate Judge's Report and Recommendation on Defendant's guilty plea is VACATED. The Court further SETS ASIDE Plaintiff's guilty plea.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A. Brady on a Motion to Vacate, Set Aside, or Correct Sentence.

DATE: 7/14/2025                                  CHANDA J. BERTA, CLERK OF COURT

                                                             by   s/ S.Jarrell_____
                                                             *Signature of Clerk or Deputy Clerk*